## BROWN contᵃ MARTIN

Samuel Browne plaint. contᵃ Richard Martin Defendᵗ The plaint. was nonsuted in failure of process, having commenced the same Accion at a former Court and not comming now in way of Reveiw.

## ROSE contᵃ ELLIS

Roger Rose plaint. contᵃ Henry Ellis Defendᵗ for the Summe of Forty Six pounds money due upon the Forfiture of a bond according to attachmᵗ. . . . The Jury . . . found for the plaint. Forty Six pounds money being the Forfiture of the bond & costs of Court: At request of the Defendᵗ and hearing both partys the Court chancered this Forfiture to Fourteen pounds nineteen Shillings money & costs of Court. And it is since satisfied and a discharge given by Rose of my writing to Ellis

Jsᵃ Addington Clʳᵉ [ 628 ]

## GREENOUGH contᵃ BARTHᵒ

Elizabeth Greenough Attourny to William Greenough plaint. contᵃ William Bartholmew Defendᵗ in an accion of debt of twenty pounds money due by bill according to attachmᵗ. . . . The Jury . . . found for the plaint. twenty pounds money and costs of Court granted twenty three Shillings eight pence.

Execution issued 13ᵒ febʳ 1679.

## HAYWARD contᵃ DANIEL

John Hayward plaint. contᵃ Samuel Daniel of Yorke Defendᵗ for the Forfiture of a bond of One hundred and ten pounds datᵈ 15. April. 1679. under the hands and Seales of sᵈ Daniel and Samuel Bankes according to attachmᵗ. . . . The Jury . . . found for the plaint. One hundred and ten pounds being the Forfiture of the bond & costs of Court: On Request of the Defendᵗ having heard both partys the Court chancered this forfiture to Forty Seven pounds money & costs of Court granted three pounds Seventeen Shillings eight pence.

Execution issued 24ᵗʰ febʳ 1679.